# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ALFONSO ENRIQUE OROZCO MAZARIEGOS )

                Petitioner, )

                                        1:26-CV-10902-DJC

v. )

ANTONE MONIZ, et al. )

               Respondents. )

## MOTION TO ENFORCE HABEAS ORDER

Now comes Petitioner Alfonso Enrique Orozco Mazariegos and moves this Honorable Court to enforce this Court's habeas corpus order, to order Petitioner's release, or for such other relief as the Court deems just.

Petitioner has been detained by U.S. Immigration and Customs Enforcement ("ICE") since around December 5, 2025. He has been denied bond in a hearing that did not comply with the Due Process Clause of the Fifth Amendment of the Constitution, the standards established in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), other binding precedent from the First Circuit, and this Court's Order, dated March 6, 2026. He therefore now brings this motion to request that this Court enforce its habeas order and order his release. In the alternative, Petitioner requests that this Court, pursuant to its equitable powers, release him on alternatives to detention such as GPS monitoring, hold its own bond hearing, or grant any other relief that the Court sees fit.

Petitioner seeks such relief on grounds set out in the Petitioner's accompanying Memorandum.

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Order Respondents to release Petitioner immediately. *See, e.g., Garcia*, 2025 WL

3466312 at *11 (ordering immediate release given due process violations in bond

hearing); *Hechavarria*, 358 F. Supp. 3d at 243-43 (same).

(2) In the alternative, hold its own bond hearing; or

(3) Grant any further relief this Court deems just and proper.

Respectfully submitted,

Charles R. Casartello, Jr.
BBO No.: 550970
Pellegrini, Selley, Ryan and Blakesley, P.C.
1150 Hall of Fame Avenue, Suite 2
Email: ccasartello@pellegriniseeley.com
Telephone: 413-785-5300
Facsimile: 413-731-0626

Dated: April 2, 2026

## CERTIFICATE OF SERVICE

I, Charles R. Casartello Jr., attorney for the moving party, hereby certify that I caused to be filed and served the foregoing document on all parties in interest by email to:

Erica McMahon, Esq.
Special Assistant United States Attorney
Attorney for the Respondents

/S/ C. R. Casartello, Jr.
Charles R. Casartello Jr.